No. 167. WHITAKER ET AL. *v.* ALAMEDA COUNTY HOME INVESTMENT CO. October 9, 1933. Petition for writ of

certiorari to the Supreme Court of California denied. *Mr. Henry C. McPike* for petitioners. *Mr. Edmund L. Jones* for respondent.